IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRYANT JOHNSON : CIVIL ACTION
:
v. :
:
MIKE WENEROWICZ, et al. : 14-4038

ORDER

AND NOW, this 5th day of May, 2015, upon consideration of the Petition for Writ of Habeas Corpus, the Commonwealth's Response, inclusive of all exhibits thereto, Petitioner's Reply to the Commonwealth's Response, and after review of the Report and Recommendation of Chief United States Magistrate Judge Carol Sandra Moore Wells, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Petition for Writ of Habeas Corpus is DISMISSED without an evidentiary hearing; and

3. Petitioner has neither shown a denial of federal constitutional right, nor established that reasonable jurists would disagree with this court's disposition of his claims on procedural grounds. Consequently, a certificate of appealability is **DENIED**.

IT IS SO ORDERED.

BY THE COURT:

_____
MITCHELL S. GOLDBERG, J.